IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK DESAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEPTA POLICE DEPARTMENT | : | NO. 16-1723 |

## ORDER

AND NOW, this 18 day of April, 2016, upon consideration of plaintiff Frank Desan's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice as legally frivolous and for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER, J.